United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| LaTis Manning,<br>　　　　Plaintiff,<br><br><br>versus<br><br><br>Equifax Information<br>Services, LLC,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action Number<br>4:26-cv-01826<br><br>Judge Charles Eskridge |

## ORDER

Plaintiff LaTis Manning has provided notice of settlement of the claims against Defendant Equifax Information Services, LLC. Dkt 13.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on _____May 27, 2026_____, at Houston, Texas.


_____
Honorable Charles Eskridge
United States District Judge