United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LATIS MANNING,<br><br>                      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>                      Defendant. | **Case No.:** 4:26-cv-1826<br><br>**United States District Judge:**<br>Hon. Charles Eskridge<br><br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax.

**IT IS SO ORDERED.**

Signed on ___June 22, 2026___, at Houston, Texas

_____
HONORABLE CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE